IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY,
FLORIDA

MILAGROS GIL,

    Plaintiff,

vs.

Case No.:

WAL-MART STORES, INC.,
d/b/a WAL-MART
a foreign corporation, and
PSI GENERAL CONTRACTORS
a foreign corporation

    Defendant.

_____/

## COMPLAINT

The Plaintiff, MILAGROS GIL, by and through his undersigned counsel and sues the Defendants, WAL-MART STORES, INC. a foreign corporation d/b/a WAL-MART (hereinafter referred to as WAL-MART) and PSI GENERAL CONTRACTORS, and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of fifty thousand ($50,000.00) dollars.

2. At all times material hereto, the Plaintiff, MILAGROS GIL, was an individual residing in Pasco County, Florida.

3. At all times material hereto, Defendant, WAL-MART, was a foreign corporation doing business in Pasco County, Florida.

4. On or about September 21, 2022, Defendant WAL-MART owned maintained and/or controlled a Wal-Mart store identified as store 5266, located at 12610 US-19, Hudson, FL 34667.

5. At all times material hereto, Defendant WAL-MART managed the store identified in paragraph number 4.

6. At all times material hereto, Defendant, PSI GENERAL CONTRACTORS, was a foreign corporation doing business in Pasco County, Florida.

7. On or about September 21, 2022, Defendant PSI GENERAL CONTRACTORS,

was doing construction on the floors at a Wal-Mart store identified as store 5266, located at 12610 US-19, Hudson, FL 34667.

8. On the above date and time, the Plaintiff, MILAGROS GIL, while exercising due care and caution for her own safety, was shopping at said WAL-MART, and was caused to fall to the floor due to the careless and negligent manner in which the floors were maintained in the area at or near the registers. More specifically, the Plaintiff tripped on an uneven floor where plywood or other material had not been properly placed, secured, or warned of.

## COUNT I
## NEGLIGENCE OF WALMART

9. Paragraphs 1 through 8 are incorporated by reference herein, as if they were set forth in their entirety.

10. WAL-MART and its employees owed to the Plaintiff a duty of reasonable care to maintain the shopping areas in a condition reasonably safe for their intended uses and free form all conditions which would render them dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her, in her lawful use of the same.

11. That it was the duty of WAL-MART to warn Plaintiff of aforesaid dangerous and unsafe condition.

12. The Defendant, WAL-MART by and through its employees, servants, and/or agents breached its duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

    a. The Defendant failed to properly maintain and examine the floors to make sure they were safe and free from hazards and debris;

    b. The Defendant should have exercised reasonable care in the care of its floors;

    c. The Defendant failed to utilize reasonable care in the design, planning, inspection and maintenance of said

        premises, particularly the floors.

    d.    The Defendant failed to warn the Plaintiff of the dangerous condition.

    e.    the aforedescribed dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the aforedescribed dangerous and hazardous condition.

13. That the aforesaid acts of negligence on the parts of the Defendant WAL-MART were the proximate cause of the injuries sustained by the Plaintiff.

14. As a direct result of her fall, the Plaintiff has been forced to incur medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of preexisting injuries, if any, and loss of the ability to earn wages. His losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff, MILAGROS GIL, demands judgment against the Defendant, WAL-MART, for damages, costs, and any other relief this Court may deem appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

## COUNT II
## NEGLIGENCE OF PSI GENERAL CONTRACTORS,

9. Paragraphs 1 through 8 are incorporated by reference herein, as if they were set forth in their entirety.

10. PSI GENERAL CONTRACTORS, and its employees owed to the Plaintiff a duty of reasonable care to maintain the shopping areas in a condition reasonably safe for their intended uses and free form all conditions which would render them dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her, in her lawful use of the same.

11. That it was the duty of PSI GENERAL CONTRACTORS, to warn Plaintiff of

aforesaid dangerous and unsafe condition.

12. The Defendant, PSI GENERAL CONTRACTORS, by and through its employees, servants, and/or agents breached its duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

    a. The Defendant failed to properly maintain and examine the floors to make sure they were safe and free from hazards and debris;

    b. The Defendant should have exercised reasonable care in the care of its floors;

    c. The Defendant failed to utilize reasonable care in the design, planning, inspection and maintenance of said premises, particularly the floors.

    d. The Defendant failed to warn the Plaintiff of the dangerous condition.

    e. the aforedescribed dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the aforedescribed dangerous and hazardous condition.

13. That the aforesaid acts of negligence on the parts of the Defendant PSI GENERAL CONTRACTORS, were the proximate cause of the injuries sustained by the Plaintiff.

14. As a direct result of her fall, the Plaintiff has been forced to incur medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of preexisting injuries, if any, and loss of the ability to earn wages.  His losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

    WHEREFORE, the Plaintiff, MILAGROS GIL, demands judgment against the Defendant, PSI GENERAL CONTRACTORS, for damages, costs, and any other relief this Court may deem

appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

DATED this 18th day of March 2023.

                                                Steinger, Greene & Feiner
                                                5440 Mariner Street, Suite 211
                                                Tampa, FL 33609
                                                Telephone: (813) 540-4030
                                                Facsimile: (813) 540-4030
                                                agarcia@injurylawyers.com
                                                cbonanno@injurylawyers.com
                                                lmota@injurylawyers.com
                                                Attorneys for Plaintiff(s)

                                                */s/     Alejandro     Garcia-Halenar*

                                                Alejandro Garcia-Halenar, Esquire
                                                Florida Bar No.: 141542