## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MILAGROS GIL,　　　　　　　　　　　　　　CASE NO.: 8:24-cv-00059

　　　　　　Plaintiff,

v.

WAL-MART STORES, EAST, LP d/b/a
WAL-MART and PSI GENERAL
CONTRACTORS,

　　　　　　Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

　　　　Plaintiff, MILAGROS GIL ("Plaintiff") and Defendants, WAL-MART STORES EAST, LP and PSI GENERAL CONTRACTORS ("Defendants"), collectively referred to as "the Parties", notify the Court that the parties have reached a settlement. The parties request that the Court stay all pre-trial deadlines and remove the case from the July 2025 trial docket so that they may complete the settlement in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/Ryan L. Gilbert, Esq.* | */s/Christine M. Manzo* |
| Ryan L. Gilbert, Esq. | Christine M. Manzo, Esq. |
| Florida Bar No. 105931 | Florida Bar No. 52121 |
| Ryan Gilbert Law, PLLC | cmm@lgplaw.com |
| 2112 SW 34th St, Ste 387, | Nicholas G. Neville, Esq. |
| Gainesville, Florida 32608 | Florida Bar. No. 123893 |
| ryan@ryangilbertlaw.com | ngn@lgpaw.com |
| office@ryangilbertlaw.com | Liebler, Gonzalez & Portuondo |
| *Counsel for Plaintiff* | Courthouse Tower – 25th Floor |
| | Miami, FL 33130 |
| | Telephone: (305) 379-0400 |
| | *Counsel for Wal-Mart Stores, East, LP* |

CASE NO.: 8:24-cv-00059

/s/ *Dorice R. Voecks, Esq.*
Dorice R. Voecks, Esq.
Florida Bar No. 117991
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Boulevard, Suite 400
Tampa, Florida 33607
Dorice.voecks@csklegal.com
Peyton.rydell@csklegal.com
*Counsel for PSI General Contractors*